500 A.2d 417

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**John W. DOYLE.**

Supreme Court of Pennsylvania.

Nov. 12, 1985.

622

Petition for Allowance of Appeal GRANTED, No. 146 E.D. Appeal Docket 1985.